UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA MCGINNIS,<br><br>       Plaintiff,<br><br>   v.<br><br>COUNTY OF SONOMA, et al.,<br><br>       Defendants. | Case No. 22-cv-06632-SI<br><br>**PRETRIAL SCHEDULING ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 4/7/2023 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: 5/5/2023.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 10/31/2023.

DESIGNATION OF EXPERTS: 11/15/2023; REBUTTAL: 11/29/2023.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 12/15/2023.

DISPOSITIVE MOTIONS **SHALL** be filed by; 1/12/2024;
    Opp. Due: 1/26/2024; Reply Due: 2/2/2024;
    and set for hearing no later than 2/16/2024 at 10:00 AM.

PRETRIAL PAPERWORK: 3/5/2024;
PRETRIAL CONFERENCE DATE: 3/19/2024 at 3:30 PM.

JURY TRIAL DATE: 4/1/2024 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10 - 15 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: January 20, 2023

_____
SUSAN ILLSTON
United States District Judge